Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI    8308-0
CONNIE CHOW    8556-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: mtsai@awlaw.com; cchow@awlaw.com

Attorneys for Secured Creditor
 EASTERN SAVINGS BANK, FSB

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>KAREN CARMEN COLOMA and<br>ELMER OASAY COLOMA,<br><br>              Debtors. | CASE NO. 09-02950<br>(Chapter 13)<br><br>DATE: February 17, 2010<br>TIME: 1:30 p.m.<br>JUDGE: The Honorable Robert J. Faris |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

EASTERN SAVINGS BANK, FSB ("ESB") moves this Court to modify the

automatic stay, pursuant to § 362(d)(1) of the Bankruptcy Code and Bankruptcy

Rules 4001(a)(1) & 9014, and LBR 4001-1, for cause on the basis that ESB is

without adequate protection of its interest in Debtors KAREN CARMEN

COLOMA and ELMER OASAY COLOMA's ("Debtors") property situated at 267

754566.01

1

Baldwin Avenue, Paia, Hawaii 96779 (the "Property") because Debtors have failed to make payments as due to ESB and Debtors' proposed Chapter 13 plan is not feasible.

WHEREFORE, ESB requests that upon hearing of this Motion for Relief from Automatic Stay, the stay pursuant to Bankruptcy Code § 362 be modified to permit ESB to exercise its foreclosure and other rights granted to it by the Debtors with respect to the Property, and that the Court grant such further relief as is just and proper.

This motion is supported by the Declaration of Adam Chase in Support of Motion for Relief from Automatic Stay filed of even date herewith, the exhibits attached thereto, and by the records and files in this case.

DATED: Honolulu, Hawaii; January 21, 2010.

/s/ Miranda Tsai
_____
MIRANDA TSAI
CONNIE CHOW
Attorneys for Secured Creditor
  EASTERN SAVINGS BANK, FSB

754566.01

2

U.S. Bankruptcy Court - Hawaii  #09-02950  Dkt # 17  Filed 01/21/10  Page 2 of 2