| Filer's Name, Address, Phone, Fax, Email:<br>**Ashford & Wriston LLP**<br>Miranda Tsai  8308-0<br>Connie Chow  8556-0<br>P.O. Box 131<br>Honolulu, Hawaii  96810<br>Telephone: (808) 539-0400, Fax: (808) 533-4945<br>Email: mtsai@awlaw.com; cchow@awlaw.com | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |
|---|---|

hib_4001-1cs (12/09)

| *Debtor:* **KAREN CARMEN COLOMA** | *Case No.:* **09-02950** |
|---|---|
| *Joint Debtor:*<br>*(if any)* **ELMER OASAY COLOMA** | *Chapter:* **13** |
| **COVER SHEET - MOTION FOR RELIEF FROM STAY**<br>*Instructions:* Complete A. for all motions. Complete B. if seeking to enforce security interest. Complete C. if motion concerns a lease. Complete D. for other types of relief. Complete E. if seeking extraordinary relief. | *Hearing Date:* February 17, 2010<br>*Time:* 1:30 PM |

**A. Relief sought under**  [✓] 11 U.S.C. § 362(d) – Automatic Stay    [ ] 11 U.S.C. § 1301(c) – Chapter 13 Codebtor Stay

Movant: **EASTERN SAVINGS BANK, FSB ("ESB")**

Role (mortgagee, lessor, agent, plaintiff, etc.): Mortgagee    [✓] Debtor's principal residence

Subject Matter (real/personal property, litigation, etc.): 267 Baldwin Avenue, Paia, Hawaii 96779
(use address/TMK/vehicle ID, etc.)

If pending litigation, last major prepetition event: Notice of Foreclosure Under Power of Sale (Doc. No. 2009-173745)
(decree of foreclosure, writ of possession, etc.)

| **B. Security Interest (mortgage, lien, etc.)** | Movant's lien position (1st, 2nd, etc.): 1st | |
|---|---|---|
| Date of loan: June 12, 2008 | Maturity date: July 1, 2038 | |
| Original amt: $ 295,000.00 | Principal bal: $ 294,719.62 | Interest, late fees, etc.: $ 48,557.32 |
| Monthly pmt: $ 3,321.39 | Prepetition arrears: $ 46,935.19 | Postpetition arrears: $ 3,321.39 |
| Debtor's valuation in schedules: $ 550,000.00 | Movant's valuation (if different): $ | |

| List all encumbrances: | Sr. lien: ESB | $ 343,276.94 |
|---|---|---|
| | 2nd lien: | $ |
| | Total other liens: | $ |
| | Add all liens ................................................................... | $ 343,276.94 |

| **C. Lease** | Date of lease: | Payment: $       per |
|---|---|---|
| Prepetition arrears: $ | | Postpetition arrears: $ |

**D. Other**  Describe relief sought, title of action and court of any litigation, and any applicable insurance:
**Relief from stay to continue with nonjudicial foreclosure proceedings.**

**E. Extraordinary relief requested:**  [ ] Retroactive relief   [ ] "in rem" relief   [ ] No stay of order

The above information summarizes allegations in attached motion.   /s/ _____
                                                                        For Movant