| Filer's Name, Address, Phone, Fax, Email: Ashford & Wriston LLP<br>Miranda Tsai 8308-0<br>Connie Chow 8556-0<br>P.O. Box 131<br>Honolulu, Hawaii 96810<br>Phone: (808) 539-0400, Fax: (808) 533-4945<br>Email: mtsai@awlaw.com; cchow@awlaw.com |  UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |
|---|---|

hib_9073-1 (12/09)

| Debtor: KAREN CARMEN COLOMA | Case No.: **09-02950** |
|---|---|
| Joint Debtor: (if any) ELMER OASAY COLOMA | Chapter: **13** |
| [If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]<br>Plaintiff(s):<br>vs.<br>Defendant(s): | Adversary Proceeding No.:<br>(if applicable) |

| **NOTICE OF HEARING**<br>Courtroom – 1132 Bishop Street, Honolulu, Hawaii | Hearing Date: **February 17, 2010**<br>Time: **1:30 p.m.**<br>Objections Due: **February 3, 2010** |
|---|---|
| Matter being heard: Motion for Relief from Automatic Stay | Related Dkt No.: **17** |
| Moving Party: EASTERN SAVINGS BANK, FSB | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, including pertinent details.*]

EASTERN SAVINGS BANK, FSB ("ESB") has filed a Motion for Relief from Automatic Stay under 11 U.S.C. Section 362 concerning that certain real property located at 267 Baldwin Avenue, Paia, Hawaii 96779 ("Property"), to permit ESB to exercise its foreclosure and other remedies granted to it under its Note, Addendum to Note and Mortgage dated June 12, 2008 with Debtors with respect to the Property described therein.

**Your rights may be affected.** You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

> **Date response due** [enter both specific date and amount of days before hearing if set by local rule]:
>
>       February 3, 2010             14  days before hearing
>              Date

Statements must be filed with the court at:

    United States Bankruptcy Court
    District of Hawaii
    1132 Bishop Street, Suite 250
    Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

> Responses to be sent to:
> **EASTERN SAVINGS BANK, FSB**
> c/o Miranda Tsai/Connie Chow
> Ashford & Wriston LLP
> P.O. Box 131
> Honolulu, Hawaii  96810

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: January 21, 2010      /s/ _____ Miranda Tsai_____
                                                  for Movant           (Print name also if original signature)