Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

| | |
|---|---|
| MIRANDA TSAI | 8308-0 |
| CONNIE CHOW | 8556-0 |

Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: mtsai@awlaw.com; cchow@awlaw.com

Attorneys for Secured Creditor
 EASTERN SAVINGS BANK, FSB

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>KAREN CARMEN COLOMA and<br>ELMER OASAY COLOMA<br><br>            Debtors. | ) CASE NO. 09-02950<br>) (Chapter 13)<br>)<br>)<br>) DATE: February 17, 2010<br>) TIME: 1:30 p.m.<br>) JUDGE: The Honorable Robert J. Faris<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2010, a copy of: (1) Motion for Relief from Automatic Stay; (2) Declaration of Adam Chase in Support of Motion for Relief from Automatic Stay; Exhibits "A" – "E"; and (3) Notice of Hearing was duly served electronically by the U.S. Bankruptcy Court and/or by depositing

754566.01

1

said copies in the United States mail, postage prepaid, to the following parties in the manner so indicated:

| | |
|---|---|
| Karen and Elmer Coloma<br>P. O. Box 2172<br>Wailuku, HI 96793<br><br>Via U.S. Mail<br><br>Debtors | Howard M.S. Hu<br>1132 Bishop Street, Suite 301<br>Honolulu, Hawaii 96813<br><br>Chapter 13 Trustee<br><br>ECF: Ch13mail@aol.com |
| David W. Cain, Esq.<br>Cain and Herren, LLLP<br>2141 W. Vineyard Street<br>Wailuku, HI 96793<br><br>ECF: david.cainandherren@me.com;<br><br>Attorney for Debtors | Office of the United States Trustee<br>First Hawaiian Tower<br>1132 Bishop Street, Suite 602<br>Honolulu, Hawaii 96813<br><br>ECF: ustpregion15.hi.ecf@usdoj.gov ☐ |

DATED: Honolulu, Hawaii; January 21, 2010.

_____
MIRANDA TSAI
CONNIE CHOW
Attorneys for Secured Creditor
    EASTERN SAVINGS BANK, FSB

754566.01

2